UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:25-cv-00363

———

**Joseph Dan Fuller,**
*Plaintiff,*

v.

**Texas Department of Criminal Justice,**
*Defendant.*

———

**ORDER**

Plaintiff, a Texas prisoner proceeding pro se and in forma pauperis, initiated this case under 42 U.S.C. § 1983. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending that the court dismiss plaintiff's action without prejudice for failure to comply with an order of the court. Doc. 14 at 2. Plaintiff acknowledged receipt of the report (Doc. 15) and filed no objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's case is dismissed without prejudice. Any pending motions are denied as moot.

*So ordered by the court on May 20, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -